UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BILLY REAGINS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MARC JONES CONSTRUCTION, LLC d/b/a SUNPRO SOLAR,<br><br>　　　　　Defendant. | No. 4:22-cv-01186 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Billy Reagins and Defendant ADT Solar LLC, f/k/a Marc Jones Construction, L.L.C. d/b/a Sunpro Solar ("Sunpro") have reached a settlement as to Plaintiff's claims against Sunpro. Plaintiff anticipates filing a notice of voluntary dismissal of this action with prejudice as to his own claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) within forty-five (45) days.

Dated: July 5, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Christopher E. Roberts*
　　　　　　　　　　　　　　　　　　　Christopher E. Roberts
　　　　　　　　　　　　　　　　　　　Butsch Roberts & Associates LLC
　　　　　　　　　　　　　　　　　　　SDTX # 3708019
　　　　　　　　　　　　　　　　　　　231 S. Bemiston Avenue, Suite 260
　　　　　　　　　　　　　　　　　　　Clayton, Missouri 63105
　　　　　　　　　　　　　　　　　　　Phone: (314) 863-5700
　　　　　　　　　　　　　　　　　　　Fax: (314) 863-5711
　　　　　　　　　　　　　　　　　　　CRoberts@butschroberts.com

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of July, 2022, I have electronically filed a copy of the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

                                           /s/ *Christopher E. Roberts*