United States District Court
Southern District of Texas
**ENTERED**
August 25, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **BILLY REAGINS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:22-CV-01186** |
| § | |
| **MARC JONES CONSTRUCTION, LLC,** § | |
| § | |
| **Defendant.** § | |

## ORDER

The parties in this case have stipulated to a dismissal with prejudice. In accordance with that stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 25th day of August, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE